# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Case Number: 3:21-cr-00085-KDB-DCK

|  |  |  |
|---|---|---|
| USA | ) | |
| | ) | |
| **vs.** | ) | **VERDICT** |
| | ) | |
| Herbert Leonel Diaz | ) | |

The Defendant was found guilty as to Count 1, Naturalization Fraud. IT IS ORDERED that the Defendant is guilty after a bench trial was held on September 6th, 2022.

Signed: September 6, 2022

Kenneth D. Bell
United States District Judge